**Cottrie William JONES, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. WD 50249.**

Missouri Court of Appeals,
Western District.

Sept. 5, 1995.

Jarrett A. Johnson, Asst. Appellate Defender, Kansas City, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., John M. Morris, Asst. Atty. Gen., Jefferson City, for respondent.

Before FENNER, C.J., P.J., and KENNEDY and LAURA DENVIR STITH, JJ.

### ORDER

PER CURIAM.

Appeal from the denial after an evidentiary hearing of appellant's Rule 24.035 motion.

Judgment affirmed. Rule 84.16(b).